IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karla Kretsch, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>John Barton, et al.,<br><br>　　　　　Defendants. | No. CV-23-00411-PHX-ROS<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion for Entry of Judgment Granting Attorney's Fees (Doc. 27).  Good cause appearing,

　　　　**IT IS ORDERED** Plaintiff's Motion for Entry of Judgment Granting Attorney's Fees (Doc. 27) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED** the Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendants in the amount of $204,940.80 for attorney's fees. This amount shall be subject to post-judgment interest at the applicable federal rate pursuant to 28 U.S.C. § 1961(a).

　　　　Dated this 27th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge