# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karla Kretsch, et al., | **NO. CV-23-00411-PHX-ROS** |
| Plaintiffs, | **JUDGMENT ON ATTORNEY FEES** |
| v. | |
| John Barton, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 27, 2025, judgment is entered in favor of Plaintiff and against Defendants in the amount of $204,940.80 for attorney's fees. This amount shall be subject to post-judgment interest at the applicable federal rate pursuant to 28 U.S.C. § 1961(a).

                                    Debra D. Lucas
                                    District Court Executive/Clerk of Court

February 27, 2025

                                    s/ K. James
                        By  Deputy Clerk